UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HAILEE R. DeSOUZA,<br>    Plaintiff,<br><br>v.<br><br>PARK WEST APARTMENTS, INC. (dba NEW PARK WEST LP) and<br>THE COMMUNITY BUILDERS, INC.,<br>    Defendants. | CASE NO.: 3:15-cv-01668-MPS<br><br><br><br><br>JUNE 30, 2016 |

## ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT DATED JUNE 23, 2016

Defendants hereby answer the Amended Complaint dated June 23, 2016 in the above matter as follows:

I. JURISDICTION

1. Due to the unreasonably vague and overbroad allegations of Paragraph 1, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 1. Nonetheless, Paragraph 1 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

2. Due to the unreasonably vague and overbroad allegations of Paragraph 2, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 2. Nonetheless, Paragraph 2 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

3. Due to the unreasonably vague and overbroad allegations of Paragraph 3, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 3. Nonetheless, Paragraph 3 is denied to the extent it

alleges any form of discrimination, misconduct or statutory violation by Defendants.

II:  PARTIES

    4.    Due to the unreasonably vague and overbroad allegations of Paragraph 4, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 4.  Nonetheless, Paragraph 4 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

    5.    Due to the unreasonably vague and overbroad allegations of Paragraph 5, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 5.  Nonetheless, Paragraph 5 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

    6.    Due to the unreasonably vague and overbroad allegations of Paragraph 6, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 6.  Nonetheless, Paragraph 6 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

III:  ALLEGED FACTS:

    7.    Due to the unreasonably vague and overbroad allegations of Paragraph 7, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 7.  Nonetheless, Paragraph 7 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

    8.    Due to the unreasonably vague and overbroad allegations of Paragraph 8, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 8.  Nonetheless, Paragraph 8 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

9. Due to the unreasonably vague and overbroad allegations of Paragraph 9, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 9.  Nonetheless, Paragraph 9 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

10. Due to the unreasonably vague and overbroad allegations of Paragraph 10, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 10.  Nonetheless, Paragraph 10 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

11. Due to the unreasonably vague and overbroad allegations of Paragraph 11, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 11.  Nonetheless, Paragraph 11 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

12. Due to the unreasonably vague and overbroad allegations of Paragraph 12, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 12.  Nonetheless, Paragraph 12 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

13. Due to the unreasonably vague and overbroad allegations of Paragraph 13, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 13.  Nonetheless, Paragraph 13 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

14. Due to the unreasonably vague and overbroad allegations of Paragraph 14 and its sub-parts, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 14.  Nonetheless, Paragraph 14 and its sub-

parts are denied to the extent they allege any form of discrimination, misconduct or statutory violation by Defendants.

15. Due to the unreasonably vague and overbroad allegations of Paragraph 15, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 15. Nonetheless, Paragraph 15 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

16. Due to the unreasonably vague and overbroad allegations of Paragraph 16, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 16. Nonetheless, Paragraph 16 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

17. Due to the unreasonably vague and overbroad allegations of Paragraph 17, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 17. Nonetheless, Paragraph 17 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

18. Due to the unreasonably vague and overbroad allegations of Paragraph 18 and its sub-part, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 18. Nonetheless, Paragraph 18 and its sub-part are denied to the extent they allege any form of discrimination, misconduct or statutory violation by Defendants.

19. Due to the unreasonably vague and overbroad allegations of Paragraph 19, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 19. Nonetheless, Paragraph 19 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

20. Due to the unreasonably vague and overbroad allegations of Paragraph 20 and its sub-part, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 20.  Nonetheless, Paragraph 20 and its sub-parts are denied to the extent they allege any form of discrimination, misconduct or statutory violation by Defendants.

21. Due to the unreasonably vague and overbroad allegations of Paragraph 21 and its sub-parts, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 21.  Nonetheless, Paragraph 21 and its sub-parts are denied to the extent they allege any form of discrimination, misconduct or statutory violation by Defendants.

22. Due to the unreasonably vague and overbroad allegations of Paragraph 22 and its sub-part, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 22.  Nonetheless, Paragraph 22 and its sub-parts are denied to the extent they allege any form of discrimination, misconduct or statutory violation by Defendants.

23. Due to the unreasonably vague and overbroad allegations of Paragraph 23, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 23.  Nonetheless, Paragraph 23 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

24. Due to the unreasonably vague and overbroad allegations of Paragraph 24 and its sub-parts, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 24.  Nonetheless, Paragraph 24 and its sub-parts are denied to the extent they allege any form of discrimination, misconduct or statutory

violation by Defendants.

25.     Due to the unreasonably vague and overbroad allegations of Paragraph 25 and its sub-parts, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 25.  Nonetheless, Paragraph 25 and its sub-parts are denied to the extent they allege any form of discrimination, misconduct or statutory violation by Defendants.

26.     Due to the unreasonably vague and overbroad allegations of Paragraph 26 and its sub-part, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 26.  Nonetheless, Paragraph 26 and its sub-parts are denied to the extent they allege any form of discrimination, misconduct or statutory violation by Defendants.

27.     Due to the unreasonably vague and overbroad allegations of Paragraph 27, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 27.  Nonetheless, Paragraph 27 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

28.     Due to the unreasonably vague and overbroad allegations of Paragraph 28, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 28.  Nonetheless, Paragraph 28 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

29.     Due to the unreasonably vague and overbroad allegations of Paragraph 29, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 29.  Nonetheless, Paragraph 29 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

30. Due to the unreasonably vague and overbroad allegations of Paragraph 30, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 30.  Nonetheless, Paragraph 30 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

31. Due to the unreasonably vague and overbroad allegations of Paragraph 31, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 31.  Nonetheless, Paragraph 31 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

32. Due to the unreasonably vague and overbroad allegations of Paragraph 32, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 32.  Nonetheless, Paragraph 32 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

32a. Due to the unreasonably vague and overbroad allegations of the second Paragraph 32, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of the second Paragraph 32.  Nonetheless, the second Paragraph 32 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

33. Due to the unreasonably vague and overbroad allegations of Paragraph 33, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 33.  Nonetheless, Paragraph 33 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

34. Due to the unreasonably vague and overbroad allegations of Paragraph 34 and its sub-part, Defendants do not have sufficient knowledge or information upon which to form a

belief as to the truth of the allegations of Paragraph 34. Nonetheless, Paragraph 34 and its sub-part are denied to the extent they allege any form of discrimination, misconduct or statutory violation by Defendants.

35. Due to the unreasonably vague and overbroad allegations of Paragraph 35 and its sub-part, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 35. Nonetheless, Paragraph 35 and its sub-part are denied to the extent they allege any form of discrimination, misconduct or statutory violation by Defendants.

36. Due to the unreasonably vague and overbroad allegations of Paragraph 36, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 36. Nonetheless, Paragraph 36 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

37. Due to the unreasonably vague and overbroad allegations of Paragraph 37, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 37. Nonetheless, Paragraph 37 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

38. Due to the unreasonably vague and overbroad allegations of Paragraph 38, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 38. Nonetheless, Paragraph 38 is denied to the extent it alleges any form of discrimination, misconduct or statutory violation by Defendants.

39. Due to the unreasonably vague and overbroad allegations of Paragraph 39, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 39. Nonetheless, Paragraph 39 is denied to the extent it

alleges any form of discrimination, misconduct or statutory violation by Defendants.

40. Due to the unreasonably vague and overbroad allegations of Paragraph 40 and its sub-parts, Defendants do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations of Paragraph 40. Nonetheless, Paragraph 40 and its sub-parts are denied to the extent they allege any form of discrimination, misconduct or statutory violation by Defendants.

IV: LEGAL CLAIMS UNDER THE LAW

FIRST COUNT – (CIVIL RIGHTS ACT TITLE VIII, 1968)

1 – 40. Defendants hereby incorporate by reference their answers to Paragraphs 1 through 40 of the Amended Complaint as their answers to Paragraphs 1 through 40 of the First Count as though fully set forth herein.

41. Paragraph 41 is denied.

SECOND COUNT – (CIVIL RIGHTS ACT TITLE VIII, 1968)

1 – 40. Defendants hereby incorporate by reference their answers to Paragraphs 1 through 40 of the Amended Complaint as their answers to Paragraphs 1 through 40 of the Second Count as though fully set forth herein.

42. Paragraph 42 is denied.

THIRD COUNT – (HUD HOUSING AND CONNECTICUT FAIR HOUSING LAWS)

1 – 40. Defendants hereby incorporate by reference their answers to Paragraphs 1 through 40 of the Amended Complaint as their answers to Paragraphs 1 through 40 of the Third Count as though fully set forth herein.

43. Paragraph 43 is denied.

FOURTH COUNT – (CIVIL RIGHTS ACT TITLE VIII 1968)

1 – 40. Defendants hereby incorporate by reference their answers to Paragraphs 1 through 40 of the Amended Complaint as their answers to Paragraphs 1 through 40 of the Fourth Count as though fully set forth herein.

44. Paragraph 44 is denied.

FIFTH COUNT – (CIVIL RIGHTS TITLE VIII)

1 – 40. Defendants hereby incorporate by reference their answers to Paragraphs 1 through 40 of the Amended Complaint as their answers to Paragraphs 1 through 40 of the Fifth Count as though fully set forth herein.

45. Paragraph 45 is denied.

SIXTH COUNT – (CIVIL RIGHTS TITLE VIII)

1 – 40. Defendants hereby incorporate by reference their answers to Paragraphs 1 through 40 of the Amended Complaint as their answers to Paragraphs 1 through 40 of the Sixth Count as though fully set forth herein.

46. Paragraph 46 is denied.

SEVENTH COUNT – (CIVIL RIGHTS TITLE VIII)

1 – 40. Defendants hereby incorporate by reference their answers to Paragraphs 1 through 40 of the Amended Complaint as their answers to Paragraphs 1 through 40 of the Seventh Count as though fully set forth herein.

47. Paragraph 47 is denied.

EIGHTH COUNT – (PRIVACY ACT OF 1974)

49. Paragraph 49 is denied.

## NINTH COUNT – (CIVIL RIGHTS TITLE VIII)

1 – 40. Defendants hereby incorporate by reference their answers to Paragraphs 1 through 40 of the Amended Complaint as their answers to Paragraphs 1 through 40 of the Seventh Count as though fully set forth herein.

50. Paragraph 50 is denied.

## DAMAGES ANALYSIS AND RELIEF SOUGHT UNDER THE LAW

A. All allegations and claims for damages and other relief set forth in Paragraph A are denied.

B. All allegations and claims for damages and other relief set forth in Paragraph B are denied.

C. All allegations and claims for damages and other relief set forth in Paragraph C are denied.

D. All allegations and claims for damages and other relief set forth in Paragraph D are denied.

E. All allegations and claims for damages and other relief set forth in Paragraph E are denied.

F. All allegations and claims for damages and other relief set forth in Paragraph F are denied.

G. All allegations and claims for damages and other relief set forth in Paragraph G are denied.

H. All allegations and claims for damages and other relief set forth in Paragraph H are denied.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE - AS TO FIRST, SECOND, THIRD, FOURTH, FIFTH, SIXTH, SEVENTH, EIGHTH AND NINTH COUNTS

The claims in the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth and Ninth Counts are barred, in whole or in part, in that they were not filed within the applicable statutes of limitations.

### SECOND DEFENSE - AS TO FIRST, SECOND, THIRD, FOURTH, FIFTH, SIXTH, SEVENTH, EIGHTH AND NINTH COUNTS

The claims in the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth and Ninth Counts are barred, in whole or in part, in that Plaintiff failed to exhaust his administrative remedies.

### THIRD DEFENSE - AS TO THIRD COUNT

The claims in the Third Count are barred, in whole or in part, in that Plaintiff failed to exhaust his administrative remedies under Sections 46a-82 et seq. of the Connecticut General Statutes.

### FOURTH DEFENSE – AS TO THIRD COUNT

The claims in the Third Count are barred, in whole or in part, in that they were not filed within the applicable statutes of limitations.

### FIFTH DEFENSE - AS TO ALL COUNTS

Plaintiff has failed to state claims against Defendants upon which relief may be granted.

## OTHER DEFENSE

### AS TO ALL COUNTS

Plaintiff has failed to take reasonable actions to mitigate his alleged damages.

                DEFENDANTS,
                PARK WEST APARTMENTS, INC.
                (dba NEW PARK WEST LP) and
                THE COMMUNITY BUILDERS, INC.

By:   */s/ Edward M. Richters*
     Edward M. Richters (ct 08043)
     Jackson Lewis P.C.
     90 State House Square, 8th Floor
     Hartford, CT 06103
     P: (860) 522-0404
     F: (860) 247-1330
     Email: richtere@jacksonlewis.com

## CERTIFICATION OF SERVICE

I hereby certify that on June 30, 2016, a copy of the foregoing Answer and Affirmative Defenses to Amended Complaint was filed electronically and mailed by first class mail, postage prepaid, to the following pro se Plaintiff below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

>Hailee R. DeSouza
>157 Terrace Drive
>Vernon, CT  06066
>PRO SE PLAINTIFF

>*/s/ Edward M. Richters*
>Edward M. Richters