UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HAILEE R. DeSOUZA, | : | |
| Plaintiff, | : | |
| | : | CASE NO.: 3:15-cv-01668-MPS |
| v. | : | |
| | : | |
| PARK WEST APARTMENTS, INC. and | : | |
| THE COMMUNITY BUILDERS, INC., | : | |
| Defendants. | : | October 3, 2016 |
| | : | |

## JOINT TRIAL MEMORANDUM

Pursuant to the Court's Trial Memorandum order in the above matter, the pro se

Plaintiff, Hailee R. DeSouza, and the Defendants, Park West Apartments, Inc. and The Community

Builders, Inc., by their respective counsel, hereby submit the following joint trial memorandum:[1]

1. **Trial Counsel:**

    For Plaintiff:      Hailee R. DeSouza, 157 Terrace Drive, Vernon, CT 06066
    Tel. 860-871-9559


    For Defendant:   Edward M. Richters
    Allison P. Dearington
    Jackson Lewis P.C., 90 State House Square, 8th Floor, Hartford, CT
    06103
    Telephone No. (860) 522-0404

2. **Jurisdiction:**      Jurisdiction of this court appears to be invoked by the Plaintiff

pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

3. **Jury/Non-jury:**      This is a jury case.

---

[1] Defense counsel and the pro se Plaintiff have conferred by way an exchange of emails, drafts and telephone calls.

4.     **Length of Trial:**     Defendants believe that the trial will take four (4) days based upon the witnesses that they anticipate will actually testify at trial.  Plaintiff states, however, that if Plaintiff (pro-se) calls all of the witnesses he has identified, it may take four (4) to five (5) days.

5.     **Further Proceedings:**  No further proceedings are anticipated by Defendants prior to trial. No further proceedings are anticipated by Plaintiff prior to trial, aside from any proceeding addressing or requiring Amended Complaint to court rulings.

6.     **Nature of Case:**

       a.     **Plaintiff's Statement of Case:**     Plaintiff (pro-se) states for the record that, I am African-American (Mechanical/Aerospace/Civil Engineer/ Engineering Investigator) and resident of HUD Multi-Family Housing Complex called Park West Apartments (Defendant #1) with my son at the time since November 20004 to present. The said HUD Multi-Family Housing Complex is owned by the State of CT and supported by HUD financed funds and managed by deviant, deceitful, vindictive, manipulative, out-of-state HUD contract administrator, The Community Builders Inc., (Boston, MA), (Defendant #2). Since early 2005 I, Plaintiff (pro-se) have lived under constant, systematic threats of unlawful evictions, retaliatory, selective, vindictive, targeted discriminatory practices, including unlawful belligerent behaviors, by both Defendants #1 and #2 by exercising my rights to communicating and filing series of written violation complaints against the defendants, its staffs and including its eviction attorney to HUD-DC, HUD-executive officials etc. etc. thereby setting the stage for any calculated unlawful series of eviction threats against me over the years. As defiant, resilient, unyielding, determined tenant, I stood firm against these deceitful, tactical foes with deviant demonic intent; constantly seeking to destabilize my household with racial motives coupled with malicious evil intent for NO probable

2

cause. As such, I therefore seek multiple Civil Rights violations including all applicable amendments thereof, interference of protected Constitutional Rights violations with gross impunity, Privacy Rights violations with gross impunity etc. etc. under the law against named defendants #1 and #2 respectively for unlawful discriminatory practices on the basis of race, color, and national origin.

      **b.**   **Defendant's Statement of Case:** Plaintiff claims that (i) Defendants commenced eviction proceedings against him in 2014 because of his race and because he had filed complaints with the Department of Housing and Urban Development ("HUD") in violation of the Fair Housing Act, the U.S. Constitution and Connecticut law; (ii) Defendants violated the Privacy Act of 1974; and (iii) Defendants failed to process Plaintiff's June 2015 HUD recertification application in violation of the Fair Housing Act.

**7.**   **Trial by Magistrate Judge:** The parties have not agreed to a trial before a Magistrate Judge.

**8.**   **Evidence:**

      **a.**   **Witnesses:**

          (i)     Plaintiff's witnesses:

|    | **PLAINTIFF'S WITNESSES** | **ADDRESS** | **SUMMARY OF TESTIMONY** | **EXPECTED DURATION OF TESTIMONY** | **OBJECTIONS** |
|----|---------------------------|-------------|--------------------------|-----------------------------------|----------------|
| 1. | **Hailee R. DeSouza (Plaintiff, Pro-se)** | 157 Terrace Dr. Vernon, CT 06066 | Will testify in full to its case in chief. | 8-hrs. | |

|  | PLAINTIFF'S WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 2. | Eugene R. DeSouza (Plaintiff's Son) | 157 Terrace Dr. Vernon, CT 06066 | Will testify in full to known events and as witness to other events. | 4-hrs. | |
| 3. | Wendy Secore (Park West Apartments Resident) | 158 Terrace Dr. Vernon, CT 06066 | Will testify in full to known events and as witness to other events. | 4-hrs. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 4. | Makayla Secore (Park West Apartments Resident) | 158 Terrace Dr.Vernon, CT 06066 | Will testify in full to known events and as witness to other events. | 2-hrs. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 5. | Mike Gebhardt (Park West Apartment Resident) | 62 Park West Dr. Vernon, CT 06066 | Will testify in full to known events and as witness to other events. Plaintiff will seek court subpoena for Federal court appearance. | 2-hrs. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 6. | Relative(s) of Mike Gebhardt (Park West Apartment Resident) c/o Mike Gebhardt | 62 Park West Dr. Vernon, CT 06066 | Will testify in full to known events and as witness to other events. | 2-hrs. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |

|  | PLAINTIFF'S WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 7. | **Kim M. Doughtie formerly known as Kim Smith (former Park West Apartments, Inc. property manager)** | Last known address: Park West Apartments, Inc. (dba New Park West, LP) 24 Terrace Dr. Vernon, CT 06066 or 2 Chief Street, Enfield, CT 06082 | Will testify in full as hostile witness, very belligerent, anger-on-a-fly defendants property manager to known events and as witness to other events. | 6-hrs. | |
| 8. | **Lori Gannuscio (assist. property manager)** | Park West Apartments, Inc. (dba New Park West, LP) 24 Terrace Dr. Vernon, CT 06066 or 1 Chief Street, Enfield, CT 06082 | Will testify in full as hostile witness and as next door neighbor for her very belligerent, anger-on-a-fly supervisor, Kim Doughtie (defendants property manager) to known events and as witness to other events. | 4-hrs. | |
| 9. | **Valerie Vitukinas (office secretary)** | Park West Apartments, Inc. (dba New Park West, LP) 24 Terrace Dr. Vernon, CT 06066 | Will testify in full as hostile witness for her very belligerent, anger-on-a-fly supervisor, Kim Doughtie (defendants property manager) to known events and as witness to other events. | 2-hrs. | |

|  | PLAINTIFF'S WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 10. | **Korey L. Burnham (maintenance personnel)** | Park West Apartments, Inc. (dba New Park West, LP) 24 Terrace Dr. Vernon, CT 06066 or | Will testify in full as hostile witness for her very belligerent, anger-on-a-fly supervisor, Kim Doughtie (defendants property manager) to known events and as witness to other events. | 4-hrs. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 11. | **Former male employee and intimate boyfriend of Kim M. Doughtie <u>(former Park West Apartments, Inc. property manager)</u>** | Last known address Park West Apartments, Inc. (dba New Park West, LP) 24 Terrace Dr. Vernon, CT 06066 or 2 Chief Street, Enfield, CT 06082 | Will testify in full as hostile witness and sexual boyfriend for her very belligerent, anger-on-a-fly supervisor, Kim Doughtie (defendants property manager) to known events and as witness to other events. <u>Plaintiff will seek court subpoena for Federal court appearance.</u> | 1-hr. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |

| | PLAINTIFF'S WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 12. | Former male employee and intimate boyfriend of Lori Gannuscio (assist. property manager) | Last known address: Park West Apartments, Inc. (dba New Park West, LP) 24 Terrace Dr. Vernon, CT 06066 or 1 Chief Street, Enfield, CT 06082 | Will testify in full as hostile witness and sexual boyfriend of Loro Gannuscio (assist. Property manager for her very belligerent, anger-on-a-fly supervisor, Kim Doughtie (defendants property manager) to known events and as witness to other events. Plaintiff will seek court subpoena for Federal court appearance. | 1-hr. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 13. | **Former Spanish male employee (identified as former maintenance employee)** | Last known address: Park West Apartments, Inc. (dba New Park West, LP) 24 Terrace Dr. Vernon, CT 06066 | Will testify in full as hostile witness for her very belligerent, anger-on-a-fly supervisor, Kim Doughtie (defendants property manager) to known events and as witness to other events. Plaintiff will seek court subpoena for Federal court appearance. | 2-hr. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |

| | PLAINTIFF'S WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 14. | **Roman Castro (property manager)** | Park West Apartments, Inc. (dba New Park West, LP) 24 Terrace Dr. Vernon, CT 06066 | Will testify in full as hostile witness as new property manager. <u>Plaintiff will seek court subpoena for Federal court appearance.</u> | 4-hrs. | |
| 15. | **Linda Buck (former employee and Park West Apts. resident)** | 101 Terrace Dr. Vernon, CT 06066 | Will testify in full as hostile witness for her very belligerent, anger-on-a-fly supervisor, Kim Doughtie (defendants property manager) to known events and as witness to other events. <u>Plaintiff will seek court subpoena for Federal court appearance.</u> | 2-hrs. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 16. | **Krystal Rabbett (former employee and Park West Apts. resident)** | 138 Terrace Dr. Vernon, CT 06066 | Will testify in full as hostile witness for her very belligerent, anger-on-a-fly supervisor, Kim Doughtie (defendants property manager) to known events and as witness to other events. <u>Plaintiff will seek court subpoena for Federal court appearance.</u> | 3-hrs. | |

| | PLAINTIFF'S WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 17. | **Daughter of Krystal Rabbett** identified as IB **(former employee and Park West Apts. resident)** | 138 Terrace Dr. Vernon, CT 06066 | Will testify in full as hostile witness for her very belligerent, anger-on-a-fly supervisor, Kim Doughtie (defendants property manager) to known events and as witness to other events. <u>Plaintiff will seek court subpoena for Federal court appearance.</u> | 1-hr. | |
| 18. | Rashawn Whittaker **(ex-convict/drug dealer)** of Krystal Rabbett (former employee and Park West Apts. resident) | 138 Terrace Dr. Vernon, CT 06066 | Will testify in full as hostile witness for very belligerent, anger-on-a-fly supervisor, Kim Doughtie (defendants property manager) to known events and as witness to other events. <u>Plaintiff will seek court subpoena for Federal court appearance.</u> | 2-hrs. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |

9

| | PLAINTIFF'S WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 19. | **Cristal Munoz (former employee and Park West Apts. resident)** | 196 Terrace Dr. Vernon, CT 06066 | Will testify in full as hostile witness for her very belligerent, anger-on-a-fly supervisor, Kim Doughtie (defendants property manager) to known events and as witness to other events. Plaintiff will seek court subpoena for Federal court appearance. | 2-hrs. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 20. | **Athena M. Doughtie (Kim M. Doughtie's daughter and former Park West Apts. resident)** | Last known address: 146 Terrace Dr. Vernon, CT 06066 or c/o Kim M. Doughtie 2 Chief Street, Enfield, CT 06082 | Plaintiff will seek court subpoena for Federal court appearance. | 2-hrs. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |

|  | PLAINTIFF'S WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 21. | Edward Taiman (former defense attorney for Plaintiff, pro-se). Sabia & Taiman LLC | 450 Church St, Hartford, CT 06103 | Will testify in full as hostile witness and as deviant manipulative, deceitful, accomplice with malice to subversive conspired, connived plot which railroaded Plaintiff (pro-se) in eviction court proceeding on 08/29/2014. Note: This witness is currently facing similar Federal lawsuit before this same court and Hon. Federal Judge, Shea. | 4-hrs. |  |

11

|  | PLAINTIFF'S WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 22. | Atty. Neil Paul (defendants eviction attorney) Cohen, Burn, Hard & Paul | 81 South Main St. West Hartford, CT 06107 | Will testify in full as hostile witness and as deviant, manipulative, deceitful, accomplice with malice to subversive conspired, connived plot which railroaded Plaintiff (pro-se) in eviction court proceeding on 08/29/2014. Judge, Shea. | 6-hrs. |  |

| | PLAINTIFF'S WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 23. | **Ms. Leanne Kennedy (CT Judicial Court / State of CT employee)** | Hartford Superior Judicial Court (Hartford Housing Division) 80 Washington St. Hartford, CT 06106. | Will testify in full as hostile witness and as deviant judicial employee accomplice with malice to subversive conspired, connived plot which railroaded Plaintiff (pro-se) in eviction court proceeding on 08/29/2014. **Note:** This witness is currently facing similar Federal lawsuit before this same court and Hon. Federal Judge, Shea. | 4-hrs. | |
| 24. | **Other Park West Apartments Resident Tenants anxious to testify against the defendants. Note: Names to be provided later.** | | Plaintiff will seek court subpoena for Federal court appearance. | 3-hrs. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |

|     | PLAINTIFF'S WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|-----|-----------------------|---------|----------------------|--------------------------------|------------|
| 25. | Michael A. Potiez | 156 Terrace Dr. Vernon, CT 06066 | Will testify to hostile events by unit 159 tenant and her non-resident boy friend both under police protections. | 2-hrs. | |

(ii)     Defendants' Witnesses.

|     | DEFENSE WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|-----|-------------------|---------|----------------------|--------------------------------|------------|
| 1. | **Neil Paul** | 81 South Main Street, West Hartford, CT 06107 | will testify as to facts related to the "eviction" proceedings alleged in the Complaint - likely to testify. | 3 hours | |
| 2. | **Lori Gannuscio** | Park West Apartments, 178 Terrace Drive, Vernon, CT 06066 | will testify as to facts related to the "eviction" proceedings and other alleged wrongful acts alleged in the Complaint – likely to testify. | 2 hours | |

14

| | DEFENSE WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 3. | **Valerie Vitukinas** | Park West Apartments, 178 Terrace Drive, Vernon, CT 06066 | will testify as to facts related to alleged wrongful conduct alleged in the Complaint – likely to testify. | 2 hours | |
| 4. | **Roman Castro** | Park West Apartments, 178 Terrace Drive, Vernon, CT 06066 | will testify as to facts related to the "eviction" proceedings and other alleged wrongful acts alleged in the Complaint – likely to testify. | 4 hours | |
| 5. | **Edward Taiman** | 450 Church St., Hartford, CT 06103 | will testify as to facts related to the "eviction" proceedings and related alleged wrongful acts alleged in the Complaint - likely to testify. | 2 hours | |
| 6. | **Leanne Kennedy** | Hartford Superior Court, 80 Washington Street, Hartford, CT 06106 | will testify as to facts related to the "eviction" proceedings and other alleged wrongful acts alleged in the Complaint - likely to testify. | 2 hours | |
| 7. | **Krystal Rabbitt** | Park West Apartments, Vernon, CT 06066 | will testify as to facts related to Plaintiff's harassment of her daughter and Plaintiff's privacy claim - to be called upon if need arises. | 1 hour | |

15

| | DEFENSE WITNESSES | ADDRESS | SUMMARY OF TESTIMONY | EXPECTED DURATION OF TESTIMONY | OBJECTIONS |
|---|---|---|---|---|---|
| 8. | Kim Doughtie | current address unknown | will testify as to facts related to the "eviction" proceedings and other alleged wrongful acts alleged in the Complaint – to be called upon if need arises. | 3 hours | |
| 9. | Tony Berthod | 95 Berkeley Street, 5th Floor, Boston, MA 02116 | will testify as to facts related to the "eviction" proceedings and other alleged wrongful acts alleged in the Complaint, and facts related to Community Builders records - to be called upon if need arises. | 3 hours | |
| 10. | Domenic Butler | 95 Berkeley Street, 5th Floor, Boston, MA 02116 | will testify as to facts related to the "eviction" proceedings and other alleged wrongful acts alleged in the Complaint, and facts related to Community Builders records - to be called upon if need arises. | 2 hours | |
| 11. | Regina Gerrick | 95 Berkeley Street, 5th Floor, Boston, MA 02116 | will testify as to facts related to Community Builders records - to be called upon if need arises. | 2 hours | |

b.    **Exhibits:**

(i)    Plaintiff's Exhibits.

| EXHIBIT NO: | DOCUMENT DESCRIPTION / IDENTIFICATION | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 1 | US Constitution & Amendments: Bill of Rights Act | Irrelevant: Fed R. Evid. 401 |
| 2 | Park West Apt infos. / HUD financed project property upgrades | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 3 | Defendant management team site visit | Irrelevant: Fed R. Evid. 401, 403 |
| 4 | Plaintiff Fax to Defendants site inspectors for Basement repairs during site visit | Irrelevant: Fed R. Evid. 401, 403 |
| 5-A | Photos of Plaintiff's basement floor leaks conditions | Irrelevant: Fed R. Evid. 401, 403 |
| 5-B | Photos of Plaintiff's basement roof leaks / conditions | Irrelevant: Fed R. Evid. 401, 403 |
| 6-A | Plaintiff out-of-state contract assignments notifications to Defendant 01/02/2014 | |
| 6-B | Plaintiff Reported Income by employment agency Swift-TX | |
| 7 | Plaintiff Complaint Letter to HUD-DC – 02/18/2014 | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 8 | Plaintiff Complaint Follow-up Letter to HUD-DC - 03/18/2014 | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 9 | Defendants Service Notice - KAPA | |
| 10 | Plaintiff Contract Assignments Notifications to Defendant (2006-2013) | |
| 11 | 04/15/2014: Plaintiff (pro-se) contract completion / termination notification to defendant rental office. | Irrelevant: Fed R. Evid. 401, 403 |
| 12 | Plaintiff (pro-se) legal challenge to unlawful eviction threats. | |
| 13 | 04/23/2014: Plaintiff (pro-se) legal challenge to unlawful eviction threats. | |

| EXHIBIT NO: | DOCUMENT DESCRIPTION / IDENTIFICATION | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 14 | None | |
| 15 | Defendant eviction unlawful Notice to Quit orders | |
| 16-A | Defendant 06/06/2014 of HUD Annual Re-Certification notification to Plaintiff (pro-se) | |
| 16-B | Defendant 06/10/2014, Authorization to Release Info. for HUD Annual Re-Certification. | |
| 16-C | Defendant 06/10/2014 of HUD Annual Re-Certification | |
| 17 | 04/23/2014 To HUD-DC / HUD-Divisions/HUD Area-1 | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 18 | 04/24/2014 To HUD-DC / HUD-Divisions/HUD Area-1 | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 19 | Defendant eviction complaint lawsuit 06/12/2014 | |
| 20 | Plaintiff (pro-se) rental rate notification for Nov. 2013 — Nov. 2014 rental year | |
| 21 | Plaintiff (pro-se) rental payment history - 08/04/2014 | |
| 22 | 08/28/2014: Plaintiff (pro-se) request for rental lease agreement for 2013 — 2014 rental lease year. | Irrelevant: Fed R. Evid. 401, 403 |
| 23 | Defendants rental lease agreement for 2013 — 2014 rental lease year provided to Plaintiff. | |
| 24 | Plaintiff (pro-se) letter to defendant area manager Tony Berthod | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 25 | Plaintiff (pro-se) follow-up letter to defendant area manager Tony Berthod | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 26 | 07/26/2014 - Park West Apartments Kids Summer Party Flyers/Agenda. | |

| EXHIBIT NO: | DOCUMENT DESCRIPTION / IDENTIFICATION | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 27 | 07/27/2014 — Plaintiff Letter to Defendant #2, HUD-DC, HUD Area-1 | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 28 | 07/27/2014: Plaintiff photo of confiscated hard liquor beverage at Park West Apts. Kids Summer Party. | Irrelevant: Fed R. Evid. 401, 403 |
| 29-A | Resident tenant, Wendy Secore hand written statements to events of 07/26/2014 Police Report to Kids Party incident. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 29-B | 07/26/2014 Police Report of Kids Party incident | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 29-C | Resident tenant, Wendy Secore hand written statements to events of 07/26/2014 Police Report to Kids Party incident. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 29-D | Resident tenant, Wendy Secore hand written statements to Defendant #2 as concerned tenant /eye witness to violated events etc. etc. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 30 | 08/25/2014 — Plaintiff (pro-se) Complaint Letter to HUD-DC, HUD Area-1 | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 31 | Resident tenant, Wendy Secore hand written statements to events of 08/25/2014 | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 32 | Police Report of 08/28/2014 incident | |
| 33 | None | |
| 34 | Defendants office manager criminal record | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 35 | 08/29/2014: Atty. Edward Taiman Text Message | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 36 | Photo of Park West Rental Office Front Entrance | |

| EXHIBIT NO: | DOCUMENT DESCRIPTION / IDENTIFICATION | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 37 | Housing court scheduled trial notification to Plaintiff (pro-se) eviction trial | |
| 38 | 08/29/2014: Vernon Housing Eviction Court calendar Schedule | |
| 39-A | 08/29/2014: Copy of FALSE Judge ordered stipulation | |
| 39-B | 09/03/2014: Plaintiff confirmation notice to defendant to judge order HUD Re-certification to FALSE Judge | |
| 40 | 09/04/2014: Defendant sworn affidavit of non-compliance to FALSE Judge ordered stipulation | |
| 41 | Vernon Housing Eviction Court scheduled trial 03/27/2015 for non-compliance / violations. | |
| 42 | 11/21/2014: Court deny of defendant unlawful eviction to FALSE non-compliance / violations to FALSE judge ordered stipulation. | |
| 43 | 11-01-2014: Plaintiff (pro-se) out-of-state temporary employment notification to defendants. | |
| 44 | Plaintiff Reported Income by employment agency by TSR | |
| 45 | Plaintiff (pro-se) Reported Income on form provided by defendant to Plaintiff employment agency by TSR | |
| 46 | Defendant rental increase notification to Plaintiff (pro-se) | |
| 47 | 02/13/2015: Defendant office manager sworn affidavit of non-compliance / violations by Plaintiff (pro-se). | |
| 48 | Defendant advertised rental rates ads. / Online to the public | Irrelevant: Fed R. Evid. 401, 403 |

| EXHIBIT NO: | DOCUMENT DESCRIPTION / IDENTIFICATION | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 49 | Defendant rental lease agreement submitted by defendants in court as its Exhibit-P1. | |
| 50 | 08/06/2014 — Videos Park West Employees | |
| 51 | 09/03/2014 — Tape Recording of so-called Court Ordered Re-Certification at defendant rental office with defendants office staffs. | |
| 52-A | 07/29/2015 — Tape Recording | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 52-B | 12/29/2015 — Tape Recording of defendants staff argument w/ Plaintiff over request for document. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 53 | 09/12/2014: Court eviction transcripts to eviction trial. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 54 | 02/27/2015: Court eviction transcripts to eviction trial. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 55-A | Court trial notice on 03/27/2015 for Defendant sworn affidavit of non-compliance claims / violation against Plaintiff (pro-se). | |
| 55-B | 03/11/2015: Defendant sworn affidavit of non-compliance claim against Plaintiff (pro-se). | |
| 56 | 03/27/2015 - Plaintiff (pro-se) eviction court proceedings transcript. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 57 | 04/24/2015 - Plaintiff (pro-se) eviction court proceedings transcript. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 58 | 06/22/2015 — Court memorandum order by eviction court. | |
| 59 | Plaintiff (pro-se) eviction court ordered rental payment receipts | |

| EXHIBIT NO: | DOCUMENT DESCRIPTION / IDENTIFICATION | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 60 | 10/07/2014 — Plaintiff (pro-se) Complaint Letter [1 of 5] to HUD-DC / Sen. Joe Courtney | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 61 | 10/08/2014 — Plaintiff (pro-se) Complaint Letter to HUD-DC / Sen. Joe Courtney | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 62 | 10/09/2014 — Plaintiff (pro-se) Complaint Letter to HUD-DC / Sen. Joe Courtney | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 63 | 10/10/2014 — Plaintiff (pro-se) Complaint Letter HUD-DC / Sen. Joe Courtney | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 64 | 10/11/2014 — Plaintiff (pro-se) Complaint Letter HUD-DC / Sen. Joe Courtney | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 65 | 11/21/2014 — Defendant #2 response to Plaintiff (pro-se) HUD-DC complaints #1, #2, #3, #4, #5 against the defendants. | |
| 66 | Plaintiff (pro-se) CHRO complaint to Civil Rights violations | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 67 | Defendant response to CHRO Investigative questionnaire to Plaintiff (pro-se) Civil Rights violation complaint. | |
| 68 | Plaintiff rental history submitted by defendants response to CHRO Investigation to Plaintiff (pro-se) Civil Rights violation complaint. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 69 | Plaintiff rental history submitted by defendants response to CHRO Investigation to Plaintiff (pro-se) Civil Rights violation complaint. | |
| 70 | Defendant responses to CHRO Investigation to Plaintiff (pro-se) Civil Rights violation complaint. | |

| EXHIBIT NO: | DOCUMENT DESCRIPTION / IDENTIFICATION | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 71 | Defendants office manager Kim Doughtie sworn affidavit in response to CHRO Investigation to Plaintiff (pro-se) Civil Rights violation complaint. | |
| 72 | Defendants office assist. manager Lori Gannuscio sworn affidavit in response to CHRO Investigation to Plaintiff (pro-se) Civil Rights violation complaint. | |
| 73 | Plaintiff rental lease agreement submitted by defendants in response to CHRO Investigation to Plaintiff (pro-se) Civil Rights violation complaint. | |
| 74 | 05/07/2015: Plaintiff (pro-se) notification to defendant rental office to end of temporary contract assignment by TSR. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 75 | 06/16/2015 — Tape Recording | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 76 | 07/29/2015 — Tape Recording Dutch Point Rental | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 77 | 07/29/2015 — Dutch Point Rental Application | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 78-A | 04/07/2016: Plaintiff (pro-se) rental history ledger | |
| 78-B | Plaintiff (pro-se) rental history ledger | |
| 79 | Plaintiff (pro-se): letters to defendant for 06/16/2015 HUD Re-certification update and document production. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 80 | Plaintiff (pro-se): Rockville Hospital medical report. Note: Shall be Marked "Confidential" by Protective Order | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |

| EXHIBIT NO: | DOCUMENT DESCRIPTION / IDENTIFICATION | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 81 | Plaintiff (pro-se): Medical Report — Dr. Binayak Koirala (Family Dr.). Note: Shall be Marked "Confidential" by Protective Order | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 82 | Plaintiff (pro-se): Medical Report — Dr. Parveen Khanna (Cardiologist.) Note: Shall be Marked "Confidential" by Protective Order | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 83 | Plaintiff (pro-se): Medical Report — St. Francis Hospital Note: Shall be Marked "Confidential" by Protective Order | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 84 | 06/16/2016: defendant notification to Plaintiff (pro-se) for HUD Re-certification on 06/16/2015 | |
| 85 | 06/16/2016: Plaintiff (pro-se) HUD signed HUD Consent Forms for HUD Re-certification by defendants | Irrelevant: Fed R. Evid. 401, 403 |
| 86 | 06/16/2016: Plaintiff (pro-se) HUD Re-certification by defendants for employment termination verification. | Irrelevant: Fed R. Evid. 401, 403 |
| 87 | 06/16/2016: Plaintiff (pro-se) HUD Re-certification by defendants for unemployment benefits verification. | Irrelevant: Fed R. Evid. 401, 403 |
| 88 | 06/16/2016: Plaintiff (pro-se) HUD Re-certification by defendants for public Assistance verification | Irrelevant: Fed R. Evid. 401, 403 |
| 89 | 06/16/2016: Plaintiff (pro-se) documents request | Irrelevant: Fed R. Evid. 401, 403 |
| 90 | 03/09/2016: Defendants notice to Plaintiff (pro-se) of defendants failure to process Plaintiff (pro-se) HUD Re-certification on 06/16/2015 | |
| 91 | 03/09/2016: Plaintiff (pro-se) response to defendants failure to process Plaintiff (pro-se) HUD Re-certification on 06/16/2015 | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |

| EXHIBIT NO: | DOCUMENT DESCRIPTION / IDENTIFICATION | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 92 | 03/16/2016: Plaintiff (pro-se) follow-up response to defendants failure to process Plaintiff (pro-se) HUD Re-certification on 06/16/2015 | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 93 | 04/18/2016: Plaintiff (pro-se) submission of unemployment benefits info. for DE and VA to defendant rental office. | Irrelevant: Fed R. Evid. 401, 403 |
| 94 | 11/21/2015: Plaintiff (pro-se) notification to defendant rental office to new 3-month temporary out-of-state contract assignment by TSR. | Irrelevant: Fed R. Evid. 401, 403 |
| 95 | 09/12/2014 — Court audio tape recording of Plaintiff eviction proceeding. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 96 | 02/27/2015 — Court audio tape recording of Plaintiff eviction proceeding. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 97 | 04/24/2015 — Court audio tape recording of Plaintiff eviction proceeding. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 98 | CHRO Fact finding tape recording proceedings. | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 99 | Plt. Med. Report St. Francis (HRD) Note: Shall be Marked "Confidential" by Protective Order | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 100 | Michael Potiez "Dear Neighbor" Memo | Irrelevant: Fed R. Evid. 401, 403 Hearsay: Fed R. Evid. 802 |
| 101 | None | |

(ii)     **Defendants' Exhibits.**

| EXHIBIT NO. | DOCUMENT DESCRIPTION | PLAINTIFF'S OBJECTIONS |
|---|---|---|
| 501 | Letter from Swift Worldwide Resources to Park West Office Manager, dated January 28, 2014 | |
| 502 | Letter from Neil Paul to Haillee R. DeSouza, dated March 3, 2014 | |
| 503 | Notice to Quit, dated April 22, 2014 | |
| 504 | Letter from Lori Gannuscio to Hailee DeSouza, dated June 6, 2014 | |
| 505 | Complaint, dated June 12, 2014, Park West Apartments v. DeSouza, Docket No. TTD-CV-4021279-S | |
| 506 | Stipulated Agreement of the Parties, dated 8/29/2014, Park West Apartments v. DeSouza, Docket No. TTD-CV-4021279-S | |
| 507 | Memorandum of Decision, dated June 22, 2015, Park West Apartments v. DeSouza, Docket No. TTD-CV-4021279-S | |
| 508 | State of Connecticut, Judicial Branch, List of Park West Apartments Cases | |
| 509 | HUD Income Discrepancy Report, 6/7/2014 | |
| 510 | HUD Forms 50059 and 5009a for Hailee DeSouza, dated 2/2/2012 and 10/2/2012, with Income and Expense Worksheet | |
| 511 | HUD Form 50059 for Hailee DeSouza, dated 9/30/2013, with Income and Expense Worksheet | |
| 512 | Initial Notice of Annual Recertification, dated 9/30/2013 | |
| 513 | Rent Schedule Low Rent Housing, 12/3/2013 | |

| EXHIBIT NO. | DOCUMENT DESCRIPTION | PLAINTIFF'S OBJECTIONS |
|---|---|---|
| 514 | Technical Staffing Resources letter to Park West Management, dated December 17, 2014. | |
| 515 | Employment Verification, dated 12/19/14 | |
| 516 | Letter from Lori Gannuscio to Hailee DeSouza, dated January 14, 2015 | |
| 517 | HUD Income Discrepancy Report, 8/28/2014 | |
| 518 | HUD Form 50059 for Hailee DeSouza, anticipated voucher date 3/1/2015 | |
| 519 | U.S. District Court Complaint against Edward Taiman | |
| 520 | U.S. District Court Complaint against Leanne Kennedy | |
| 521 | Statement of Krystal Rabbitt | |
| 522 | Letter from HUD to Hailee DeSouza, dated 2014 | |
| 523 | Letter from Hailee DeSouza to Neil Paul, dated 4/23/2014 | |
| 524 | Audio Recordings by Hailee DeSouza, 9/3/2014 and 12/29/2015 | |
| 525 | Video Recordings by Hailee DeSouza, 8/6/2014 | |

      c.    **Deposition Testimony:**  The parties do not expect to have any witness testify at trial by deposition.

**9.**    **Stipulations:**  The parties are unable to agree upon any stipulated facts or a statement of the contested issues of fact and law.

      a.    **Bench Trial:**  Not applicable.

**b.**     **Jury Trial:**

(i)     Proposed Voir Dire Questions:   The parties' proposed voir dire questions are attached hereto as Appendix 1 and 2. Plaintiff states that the parties will have the right to amend such jury selection voir dire questionnaire where necessary.

(ii)     Proposed Jury Instructions:   The parties' proposed jury instructions are attached hereto as Appendix 3 and 4.

(iii)     Proposed Verdict Form:  The parties' proposed verdict forms are attached hereto as Appendix 5 and 6.

(iv)     Brief Description of the Case:  The parties are unable to agree upon a brief description of the case.

**Plaintiff's Proposed Statement:**  In this case, Plaintiff Hailee DeSouza Plaintiff claims multiple Civil Rights violations, protected Constitutional Rights violations, Privacy Rights Violations against both against defendants #1 and #2 and that  (i) Defendants commenced unlawful, vindictive, retaliatory, selective, targeted, discriminatory eviction proceedings against him in 2014 with racial motives and malice due to his race and because he had filed series of complaints with the Department of Housing and Urban Development ("HUD") in violation of the Fair Housing Act / HUD Policies and Procedures, (ii) gross violations of his Civil Rights Act of 1968, (iii) coercion, intimidations and interference of protected Rights under the U.S. Constitution and Connecticut law to court due process; (iv) that Defendants violated the Privacy Act of 1974; and (iii) (v) that Defendants failed to process Plaintiff's June 2015 HUD recertification application in violation of HUD Re-Certification policies and Procedures / Fair Housing Act.

28

**Defendants' Proposed Statement**:  In this case, Plaintiff Hailee DeSouza claims that (i) Defendants commenced eviction proceedings against him in 2014 because of his race and because he had filed complaints with the Department of Housing and Urban Development ("HUD") in violation of the Fair Housing Act, the U.S. Constitution and Connecticut law; (ii) that Defendants violated the Privacy Act of 1974 by allegedly telling someone about the eviction proceedings; and (iii) that Defendants failed to process Plaintiff's June 2015 HUD recertification application in violation of the Fair Housing Act. Defendants Park West Apartments and The Community Builders deny that any actions were taken with respect to the Plaintiff because of his race or because of any HUD complaints, and that any actions taken with respect to the Plaintiff were taken for legitimate, non-discriminatory and non-retaliatory reasons because the Plaintiff violated various lease obligations.  The Defendants also deny that any privacy rights of the Plaintiff were violated at any time.

**10.   Anticipated Evidentiary Problems:**

**10a.   Plaintiff (pro-se) Anticipated Evidentiary Problems:**   Plaintiff believes defendants unlawful, perpetuated, vindictive, racially motivated, selective, targeted, discriminatory practices, coupled with gross, conspired, conniving deceits by criminal and unlawful use of judge's name and image, judge's instructions of so-called judge's orders to perpetuate judicial FRAUD/crime and gross deceits, to cowardly seek unlawful eviction convictions against Plaintiff (pro-se) with sole evil, demonic, deviant intent to destabilize Plaintiff household so as to maintain their fat-cats contract checks with HUD-DC when the said Multi-Family Housing Complex does NOT even belong to any of the defendants, its so-called staffs, its so-called corrupt, vindictive, CEOs nor their ancestors etc. were ALL based on gross delusions of

psychopathic criminal liars, gross delusional deceits, gross judicial fraud against an innocent,

defiant, resilient, determined Plaintiff (an African-American). Hence the defendants unlawful,

perpetuated, cowardly actions on August 29, 2014 to sabotage and circumvent protected judicial

process.

---

**Federal Judge to Note:**

Terrified and horrified atty. for deviant defendants have now opposed the following: -
1. ALL material eye witnesses (not hearsay witnesses), including their actual hand written statements of events as they unfold.
2. ALL court transcripts and court audio recordings of Plaintiff's eviction court proceedings.
3. ALL police reports, CHRO audio recordings, ALL documents defendants submitted to CHRO investigators etc.

**Plaintiff (pro-se) should be the opportunity to a motion in opposition.**

---

**10b**.    Defendants believe that Plaintiff's case may include hearsay evidence and evidence

that is not relevant to the issues at trial, and that objections will be asserted insofar as such evidence

is introduced.

**11.    Courtroom Technology:** Both Plaintiff (pro-se) and the Defendants will need Courtroom

technology for the purpose of having jurors review and listen to various exhibits during witness

testimony.  Such technology will include Elmo and possibly a laptop to display exhibits, as well

as video and audio equipment to play various audio and video recordings made by the Plaintiff.

The parties will submit a Request for Technology Form prior to trial.

30

PLAINTIFF (pro se),
HAILEE R. DESOUZA

By: _____
    Hailee R. DeSouza
    157 Terrace Drive
    Vernon, CT  06066
    Tel:  (860) 871-9559
    E-mail:  haileede@gmail.com
    PRO SE PLAINTIFF

DEFENDANTS,
PARK WEST APARTMENTS, INC. and
THE COMMUNITY BUILDERS, INC.

By:_____
    Edward M. Richters (ct08043)
    JACKSON LEWIS P.C.
    90 State House Square, 8th Floor
    Hartford, CT  06103
    Tel:  (860) 522-0404
    Fax:  (860) 247-1330
    E-mail:  richtere@jacksonlewis.com
    THEIR ATTORNEYS

31

## CERTIFICATION OF SERVICE

I hereby certify that on October 3, 2016, a copy of the foregoing Joint Trial Memorandum was filed electronically and mailed by first class mail, postage prepaid, to the following pro se Plaintiff below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Hailee R. DeSouza
157 Terrace Drive
Vernon, CT  06066
PRO SE PLAINTIFF

Edward M. Richters