UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HAILEE R. DESOUZA

v.  CASE NO. 3:15CV1668(MPS)

PARK WEST APARTMENTS, INC.
d/b/a *New Park West LP*
COMMUNITY BUILDERS, INC.

## JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Michael P. Shea, United States District Judge and,

The court having considered the motion and the full record of the case including applicable principles of law, and having filed its Ruling on October 11, 2018 granting the motion, it is therefore

ORDERED ADJUDGED AND DECREED that judgment enter in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 15th day of October, 2018.

ROBIN D. TABORA, Clerk

By */s/ Devorah Johnson*
Devorah Johnson
Deputy Clerk

EOD 10/15/18